UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :
HAYMOUNT URGENT CARE, PC, et al.,                    :
                                                     :
                          Plaintiffs,                :          26-CV-00076 (JAV) (SN)
                                                     :
         -v-                                         :          ORDER
                                                     :
JONATHAN "BENJAMIN" GREENWALD, et al.,               :
                                                     :
                          Defendants.                :
-----------------------------------------------------------------------X


JEANNETTE A. VARGAS, United States District Judge:

On June 23, 2026, Defendants Jonathan Greenwald, Masada Funding, LLC, and Menachem Raskin ("Defendants") filed a motion to dismiss the Second Amended Complaint under Rule 12(b) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby ORDERED that, pursuant to Rule 5.I of this Court's Individual Rules and Practices in Civil Cases, by **July 6, 2026**, the non-moving party must notify the Court whether it intends to file an amended pleading or rely on the pleading being attacked.

If Plaintiffs elects to amend the complaint, Plaintiffs shall file any amended complaint by **July 14, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiffs are on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If Plaintiffs elect not to amend the pleadings, Plaintiffs shall file any opposition to the motion to dismiss by **July 14, 2026**.  Defendants' reply, if any, shall be filed by **July 21, 2026**.

SO ORDERED.

Dated:  June 23, 2026
        New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2